

# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-15-00107-CV

Hewlett-Packard Company, Appellant

v.

Christopher Ainsworth and Danielle Ainsworth, Appellee

Appealed from the 270th District Court of Harris County. (Tr. Ct. No. 2012-21132). Opinion delivered Per Curiam.

**TO THE 270TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on September 17, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on November 19, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order the supersedeas bond posted by Hewlett-Packard Company released.

We further order Westchester Fire Insurance Company, the surety on the supersedeas bond, released from liability and obligation on the bond.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

1

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, September 24, 2015.

CHRISTOPHER A. PRINE, CLERK